A. W. Noyes, appellee, v. Anton J. Roemer, defendant, on interlocutory appeal of Anton J. Roemer et al., appellants. Gen. No. 36,774.

Opinion filed May 2, 1934.

Jacob Schug and Martin Piepenburg, for appellants. No appearance for appellee.

Mr. Justice Hebel delivered the opinion of the court.